IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE20-14820 (14)

ISBELA ANDRADE,

    Plaintiff,

vs.

WALMART, INC.,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, ISBELA ANDRADE, by and through the undersigned counsel, sues the Defendant, WALMART, INC., and alleges:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF THE PARTIES

1. This is an action for damages that exceeds Thirty Thousand ($30,000.00) Dollars, exclusive of attorney's fees, costs and interest.

2. The Plaintiff, ISBELA ANDRADE, was and is a resident of Broward County, Florida.

3. The Defendant, WALMART, INC., is a foreign profit corporation authorized to conduct business in the State of Florida, and doing business in Broward County, Florida, as grocery store.

### GENERAL FACTS

4. The incident that gives rise to this cause of action occurred on March 9, 2018, at the Walmart Neighborhood Market located at 5001 N. Federal Highway, Pompano Beach, Florida 33064.

**BROTMAN NUSBAUM IBRAHIM**
137 West Royal Palm Road • Boca Raton, FL 33432

5. On or about March 9, 2018, the Plaintiff, ISBELA ANDRADE, was an invitee at the Defendant's store referred to herein above.

6. At all times material hereto, the Defendant, WALMART, INC., operated, managed and/or otherwise maintained actual and/or constructive control of the subject premises.

7. On or about March 9, 2018, while the Plaintiff, ISBELA ANDRADE, was lawfully shopping on said property, walking down the frozen food aisle at the location referred to herein above, she slipped in a puddle of water and lost her balance and in order to avoid falling, it caused her body to contort in an unnatural manner.

## NEGLIGENCE OF DEFENDANT, WALMART, INC.

Plaintiff readopts and realleges paragraphs 1 through 7 referenced hereinabove and further alleges:

8. At all times material hereto, Defendant, WALMART, INC., had a duty to maintain, operate, manage, repair, control, inspect and/or clean the premises such that it would be maintained in a reasonably safe condition, warn invitees of an unsafe and dangerous condition existing at the aforementioned area of which Defendant, WALMART, INC., created, or in the alternative, knew or should have known by the exercise of reasonable care.

9. At all times material hereto, Defendant, WALMART, INC., allowed the dangerous condition to exist for such a length of time that in the exercise of ordinary care, WALMART, INC., should have known of the dangerous condition or in the alternative that the condition occurred with regularity and was therefore foreseeable.

10. Notwithstanding said duties, Defendant, WALMART, INC., by and through its agents, employees, and/or servants acting within the course and scope of their employment and/or agency, was negligent in one or more of the following ways:

   a. Failed to maintain the aforementioned floor of Defendant's store in a reasonably safe condition;

   b. Failed to warn Plaintiff, ISBELA ANDRADE, and other invitees that a dangerous condition existed on the premises; particularly, the water on the floor down the frozen food aisle, and,

   c. Failed to timely or adequately remedy and/or eliminate said dangerous condition.

11. As a direct and proximate result of the aforementioned acts of negligence of the Defendant, WALMART, INC., the Plaintiff, ISBELA ANDRADE, fell and suffered bodily injury resulting in pain, suffering, disability, disfigurement, scarring, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ISBELA ANDRADE, demands judgment against the Defendants, WALMART, INC., for damages, costs, and further demands trial by jury of all the issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on this _____ day of September, 2020, that the foregoing was electronically filed with the Clerk of the Courts by use of the EPF system.

BROTMAN NUSBAUM IBRAHIM
137 West Royal Palm Road
Boca Raton, FL 33432
Telephone: (561) 417-5656
Email: joe@lawbni.com

By: _____
JOSEPH N. NUSBAUM
Florida Bar No.: 114715